IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, CENTER FOR NATIVE ECOSYSTEMS, and SIERRA CLUB, INC., <br><br>    Plaintiffs, <br><br>  vs. <br><br> JANE LYDER, Assistant Deputy Secretary of the Department of Interior, KENNETH SALAZAR, Secretary of the Department of Interior, and U.S. FISH AND WILDLIFE SERVICE, <br><br>    Defendants. | CV 09-73-M-DWM <br><br><br> ORDER |

Federal Defendants having filed an Unopposed Motion to Continue Oral Argument, and following consideration of said motion by the Court,

IT IS HEREBY ORDERED that Federal Defendants' Motion [dkt #48] is GRANTED.  The hearing set for June 15, 2010 is VACATED and **reset for**

**Wednesday, July 14, 2010 at 10:00 a.m.** at the Russell Smith Courthouse in Missoula, Montana.

Dated this 23rd day of April, 2010.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT